# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ROBERT LEE BEAN,

Appellant,

v.

JULIUS FOOTMAN,

Appellee.

No. 2D22-3648

————————————————

December 15, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Hillsborough County; James Giardina, Judge.

Robert Lee Bean, pro se.

Julius Footman, pro se.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.